# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BELINDA F. NORWOOD, | Case No. 2:17-cv-00483-MMD-NJK |
| Plaintiff(s), | |
| vs. | REPORT AND RECOMMENDATION |
| MEDSOURCE MANAGEMENT GROUP, LLC, | |
| Defendant(s). | |

On February 17, 2017, the Court screened Plaintiff's complaint as required by 28 U.S.C. § 1915. Docket No. 3. The Court found Plaintiff's complaint deficient in that Plaintiff failed to show that she had exhausted her administrative remedies and failed to establish a *prima facie* case for any of her claims. *Id.* at 2-4. The Court ordered that, to the extent Plaintiff believed she could cure the identified defects, she must file an amended complaint by March 20, 2017. *Id.* at 4. The Court warned that failure to comply with the order would result in the recommended dismissal of this case, without prejudice. To date, Plaintiff has not filed an amended complaint. *See* Docket.

Accordingly, the undersigned **RECOMMENDS** that the Court dismiss this case without prejudice.

IT IS SO ORDERED.

Dated: June 23, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge

## **NOTICE**

Pursuant to Local Rule IB 3-2, any objection to this Report and Recommendation must be in writing and filed with the Clerk of the Court within fourteen (14) days. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst,* 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).