# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BELINDA F NORWOOD,

Plaintiff,

v.

MEDSOURCE MANAGEMENT GROUP,

Defendant.

Case No.: 2:17-cv-00483-MMD-NJK

**ORDER**

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than April 30, 2018, either (1) a joint proposed discovery plan; or (2) a status report explaining why a proposed discovery plan should not be filed at this time.

IT IS SO ORDERED.

DATED: April 23, 2018.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE