# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BELINDA F. NORWOOD, | Case No.: 2:17-cv-00483-MMD-NJK |
| Plaintiff(s), | **Order** |
| v. | (Docket No. 22) |
| MEDSOURCE MANAGEMENT GROUP, LLC, | |
| Defendant(s). | |

Pending before the Court is Plaintiff's proposed discovery plan and scheduling order. Docket No. 22. On April 27, 2018, Defendant filed a motion to stay discovery, which is currently pending before the Court. Docket No. 20.

The Court therefore **DENIES** Plaintiff's proposed discovery plan pending the Court's ruling on Defendant's motion to stay discovery. Docket No. 22. Plaintiff's response to the motion to stay is due by May 11, 2018.

IT IS SO ORDERED.

Dated: May 1, 2018

_____
Nancy J. Koppe
U.S. Magistrate Judge

1