# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

BELINDA F. NORWOOD.

    Plaintiff(s),

v.

MEDSOURCE MANAGEMENT GROUP, LLC,

    Defendant(s).

Case No.: 2:17-cv-00483-MMD-NJK

**Order**

[Docket No. 30]

Pending before the Court is a stipulation to extend the discovery the deadline to file a discovery plan and scheduling order. Docket No. 30. The stipulation to extend states that good cause exists for the extension because Defendant has filed a Notice of Employment-Discrimination Action under LR 16-6 and the related Early Neutral Evaluation ("ENE") for that action has not yet been scheduled. Docket No. 30. While an ENE has not yet been scheduled, the Court notes this is not good cause for an extension. *See* Local Rule 26-4; *see also* Local Rule IA 6-1. Accordingly, the motion to extend the deadline to file a discovery plan and scheduling order is hereby **DENIED**. The parties are to file a joint discovery plan and scheduling order within seven days of this order.

IT IS SO ORDERED.

Dated: September 11, 2018

                                                          Nancy J. Koppe
                                                          United States Magistrate Judge